**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **TAMMY H. HOWELL,** | ) | Case No. 1:17CV316 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | <u>O R D E R</u> |
| | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Defendant.** | ) | |
| | ) | |

On February 16, 2017, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#5). This matter was referred to Magistrate Judge James R. Knepp, II, pursuant to Local Rule 72.2. On January 9, 2018, the Magistrate Judge recommended that the decision of the Commissioner be reversed and the matter remanded for further proceedings. (Dkt. #18).

Fed. R. Civ.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff and Defendant have failed to timely file any such objections. Therefore, the Court must assume that both are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and

an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Knepp's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:1/24/2018

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE